UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-165-RJC-DCK

| | |
|---|---|
| CHRISTOPHER BROWN,            )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>        vs.                   )<br>                              )<br>PRIME STAR GROUP, INC., a Nevada )<br>corporation; ROGER MOHLMAN; GARY )<br>CHERNAY; and PACIFIC STOCK    )<br>TRANSFER COMPANY, a Nevada    )<br>corporation,                  )<br>                              )<br>    Defendants.               )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed his Complaint on March 12, 2012. (Doc. No. 1). The case docket reflects that summonses were issued by the Clerk of the Court on the same date for service of the Complaint on Defendants. (Doc. Nos. 2; 3; 4; 5). However, only Defendants Chernay and Mohlman were served with the Complaint. (Doc. Nos. 6; 7). The docket contains neither (1) a return of summons or proof of service of the Complaint on Defendants Prime Star Group and Pacific Stock Transfer Company nor (2) an executed waiver of service by those Defendants. Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff had until July 10, 2012 to serve his Complaint on Defendants. FED. R. CIV. P. 4(m).

**IT IS, THEREFORE, ORDERED** that Plaintiff must serve his Complaint on

Defendants Prime Star Group and Pacific Stock Transfer Company and provide this Court with proof of service within **fourteen (14) days** of entry of this Order, or his claims against these Defendants will be dismissed.

Signed: November 20, 2012

Robert J. Conrad, Jr.
Chief United States District Judge